Matter of Kal-El A. (2025 NY Slip Op 00266)

Matter of Kal-El A.

2025 NY Slip Op 00266

Decided on January 16, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 16, 2025

Before: Webber, J.P., Gesmer, Shulman, Pitt-Burke, Higgitt, JJ. 

 Docket No. D-08323/23 Appeal No. 3505 Case No. 2023-06271 

[*1]In the Matter of Kal-El A., A Person Alleged to be a Juvenile Delinquent, Appellant.

Leslie S. Lowenstein, Woodmere, for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Chase H. Mechanik of counsel), for respondent.

Order of disposition, Family Court, New York County (Hasa A. Kingo, J.), entered on or about December 6, 2023, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of attempted assault in the second degree, and placed him on level one probation for a period of 18 months, unanimously affirmed, without costs.
The court providently exercised its discretion in finding that probation was the least restrictive dispositional alternative necessary to meet the needs of appellant and to protect the community (Family Ct Act § 352.2[2][a]; see Matter of Katherine W., 62 NY2d 947, 948 [1984]). Although this was appellant's first arrest, his significant participation with other juveniles in the assault of an elderly man, causing him to sustain injuries including a broken jaw, was a serious offense justifying probation (see Matter of A.V., 173 AD3d 556, 556-557 [1st Dept 2019]; Matter of Daquan S., 139 AD3d
418, 418 [1st Dept 2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 16, 2025